JOHN J. HURLEY et al., Appellants, *v.* HENRY BROWN, Respondent.

*Hurley* v. *Brown,* 54 App. Div. 619, appeal dismissed.
(Submitted December 16, 1902; decided January 6, 1903.)

APPEAL from a judgment, entered October 16, 1900, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Morris & Whitehouse* for appellants.

*Horace Graves* and *George A. Seaman* for respondent.

Appeal dismissed, without costs, on stipulation.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and HAIGHT, JJ. Absent: CULLEN and WERNER, JJ.

---

In the Matter of the Claim of WILLIAM W. BISSELL, Appellant, *v.* THE VILLAGE OF LARCHMONT, Respondent, for Damages from Change of Grade of Addison Avenue.

*Matter of Bissell,* 57 App. Div. 61, appeal dismissed.
(Argued December 16, 1902; decided January 6, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 26, 1901, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*J. Addison Young* for appellant.

*Alfred Opdyke* and *Carsten Wendt* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and HAIGHT, JJ. Absent: CULLEN and WERNER, JJ.